184

LEWIS–HOWE CO., a Corporation, Appellant, v. WAREHOUSE & DISTRIBUTION WORKERS' UNION LOCAL NO. 688 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, et al.

No. 14181.

United States Court of Appeals
Eighth Circuit.

Aug. 21, 1950.

Victor B. Harris, Charles H. Spoehrer and Luther Ely Smith, Jr., all of St. Louis, Mo., for appellant.

Wiley, Craig & Armbruster and John Joynt, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

Herbert WINDSOR and Baeda E. Windsor, Appellants, v. UNITED STATES of America, Appellee.

No. 12468.

United States Court of Appeals
Ninth Circuit.

Sept. 1, 1950.

Perry P. Yohe, North Hollywood, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., Rudolph J. Scholz, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before MATHEWS and ORR, Circuit Judges, and LEMMON, District Judge.

PER CURIAM.

The question presented by this appeal is whether the District Court's findings of fact are clearly erroneous. See Rule 52(a) of the Federal Rules of Civil Procedure, 28 U.S.C.A. They are not. The judgment appealed from is therefore affirmed.

Fred Raymond KOENIG, Appellant, v. John R. CRANOR, Superintendent of the Washington State Penitentiary at Walla Walla, Washington, Appellee.

No. 12551.

United States Court of Appeals.
Ninth Circuit.

Sept. 14, 1950.

Fred Raymond Koenig, in pro. per.

Smith Troy, Atty. Gen. St. of Wash., Lawrence K. McDonell, Asst. Atty. Gen., for appellee.

Before MATHEWS, HEALY and POPE, Circuit Judges.

PER CURIAM.

This appeal is from an order of the United States District Court for the Eastern District of Washington denying an application of appellant, Fred Raymond Koenig, a prisoner in custody pursuant to a judgment of a court of the State of Washington, for a writ of habeas corpus. The order is affirmed.